DREW TILLMAN, SBN 285404
HOMELESS ACTION CENTER
2150 Dwight Way
Berkeley, CA 94704
Phone: (510) 698-1154
Fax: (510) 540-0403
Email: dtillman@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. G.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY.<br><br>Defendant. | Case No. 3:26-cv-06544-LJC<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A BRIEF IN SUPPORT OF REMAND (Plaintiff's Extension Request) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have an extension of 30 days in which to file a Brief in Support of Remand in response to Defendant's Answer. The reason for the extension is due to Plaintiff counsel's current workload and needing to juggle several deadlines. Plaintiff's Brief is currently due on September 26, 2026, pursuant to Civil L.R.16-5. The new due date will be October 26, 2026. Plaintiff apologizes for the delay and any inconvenience caused.

Respectfully submitted,

Dated: September 23, 2026

HOMELESS ACTION CENTER

/s/ *Drew Tillman*
DREW TILLMAN
Attorney for Plaintiff

Dated: September 23, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Erin Highland, per email authorization*
ERIN HIGHLAND
Special Assistant United States Attorney

Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 24, 2026

HONORABLE LISA J. CISNEROS
United States Magistrate Judge
Northern District of California